DICKINSON WRIGHT PLLC
MICHAEL N. FEDER, ESQ.
Nevada Bar No. 7332
BROOKS T. WESTERGARD, ESQ.
Nevada Bar No. 14300
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: MFeder@dickinsonwright.com
Email: BWestergard@dickinsonwright.com

*Attorneys for Defendant Cox Communications*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC;<br>COX COMMUNICATIONS,<br><br>　　　　　Defendants. | CASE NO.  2:20-cv-02130-RFB-BNW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT COX COMMUNICATIONS TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

　　　Defendant COX COMMUNICATIONS ("Cox") and Plaintiff William Berry ("Plaintiff;" collectively, the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

　　1. Plaintiff filed his Complaint on November 19, 2020 (ECF No. 1).

　　2. Cox's response to Plaintiff's Complaint is currently due on December 15, 2020.

　　3. The Parties are currently in discussions regarding the applicability of an arbitration agreement to this matter.

　　4. So as to allow the Parties sufficient time to discuss the applicability of the arbitration agreement to this matter and potentially avoid the cost of related motion practice, the Parties hereby stipulate and agree that Cox shall have an additional thirty (30) days, up to and including January 14, 2021, in which to respond, move or otherwise plead to the Complaint.



5. This stipulation, and the extension requested herein, is sought in good faith and not for purposes of delay.

| DATED this 16th day of December, 2020. | DATED this 16th day of December, 2020. |
|---|---|
| **KRIEGER LAW GROUP, LLC** | **DICKINSON WRIGHT PLLC** |
| By: /s/: Shawn Miller<br>DAVID KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>SHAWN MILLER, ESQ.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Parkway, Ste. 200<br>Henderson, NV 89052<br>Telephone: 702-848-3855<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff William Berry* | By: /s/: Brooks T. Westergard<br>MICHAEL N. FEDER, ESQ.<br>Nevada Bar No. 7332<br>BROOKS T. WESTERGARD, ESQ.<br>Nevada Bar No. 14300<br>3883 Howard Hughes Parkway, Ste. 800<br>Las Vegas, NV 89169<br>Tel: 702-550-4400<br>Fax: 844-670-6009<br>Email: MFeder@dickinsonwright.com<br>Email: BWestergard@dickinsonwright.com<br><br>*Attorneys for Defendant Cox Communications* |

## ORDER

**IT IS SO ORDERED**

**DATED:** 3:25 pm, December 18, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4823-7364-3988 v2 [69311-15]

