1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: jthompson@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *National Consumer Telecom & Utilities*
6  *Exchange, Inc.*

7

8            UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
9

10 WILLIAM BERRY,                        ) Case No. 2:20-cv-02130-RFB-BNW
                                         )
11              Plaintiff,               )
                                         )
12 vs.                                   )
                                         ) **JOINT STIPULATION FOR**
13 NATIONAL CONSUMER TELECOM &           ) **EXTENSION OF TIME FOR**
   UTILIES EXCHANGE, INC; COX            ) **DEFENDANT NATIONAL CONSUMER**
14 COMMUNICATIONS,                       ) **TELECOM & UTILITIES EXCHANGE,**
                                         ) **INC. TO FILE ANSWER**
15                                       )
                Defendants.              ) **FIRST REQUEST**
16

17         Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has

18 requested an extension of time to answer, move or otherwise respond to the Complaint in this

19 matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY

20 STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or

21 otherwise respond to the Complaint in this action is extended from December 22, 2020 through

22

23 and including **January 21, 2021**.  The request was made by NCTUE so that it can have an

24 opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

25 and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

26         Respectfully submitted, this 22nd day of December, 2020.

27

28

ClarkHill\95782\337215\261598365.v1-12/22/20

| | |
|---|---|
| CLARK HILL PLLC | /s/ David H. Krieger |
| | David H. Krieger, Esq. |
| By: /s/ Jeremy J. Thompson | Nevada Bar No. 9086 |
| Jeremy J. Thompson | Shawn Miller, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 7825 |
| 3800 Howard Hughes Pkwy, Suite 500 | KRIEGER LAW GROUP, LLC |
| Las Vegas, NV 89169 | 2850 W. Horizon Ridge Blvd., Suite 200 |
| Tel: (702) 862-8300 | Henderson, NV 89052 |
| Fax: (702) 862-8400 | Phone: (702) 848-3855 |
| Email: jthompson@clarkhill.com | Fax: (702) 385-5518 |
| | Email: dkrieger@kriegerlawgroup.com |
| | Email: smiller@kriegerlawgroup.com |

*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

*Attorneys for Plaintiff*

<u>*No opposition*</u>

ORDER

**IT IS SO ORDERED**

**DATED:** 12:20 pm, December 23, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

ClarkHill\95782\337215\261598365.v1-12/22/20

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 22nd day of December, 2020, via CM/ECF, upon all counsel of record:

>By: /s/*Jeremy J. Thompson*
>Jeremy J. Thompson
>Nevada Bar No. 12503
>3800 Howard Hughes Pkwy, Suite 500
>Las Vegas, NV 89169
>Tel: (702) 862-8300
>Fax: (702) 862-8400
>Email: jthompson@clarkhill.com

- 3 -

ClarkHill\95782\337215\261598365.v1-12/22/20