DICKINSON WRIGHT PLLC
MICHAEL N. FEDER, ESQ.
Nevada Bar No. 7332
BROOKS T. WESTERGARD, ESQ.
Nevada Bar No. 14300
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: MFeder@dickinsonwright.com
Email: BWestergard@dickinsonwright.com

*Attorneys for Defendant Cox Communications*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY,<br><br>     Plaintiff,<br><br> vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC;<br>COX COMMUNICATIONS,<br><br>     Defendants. | CASE NO.  2:20-cv-02130-RFB-BNW<br><br>**STIPULATION BETWEEN PLAINTIFF AND COX COMMUNICATIONS GRANTING COX COMMUNICATIONS' MOTION TO COMPEL AND FOR DISMISSAL OF COX COMMUNICATIONS WITHOUT PREJUDICE** |

  Defendant COX COMMUNICATIONS ("Cox") and Plaintiff William Berry ("Plaintiff;" collectively, the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

  1. Plaintiff filed his Complaint on November 19, 2020 (ECF No. 1).

  2. Cox filed its Answer to Plaintiff's Complaint on January 14, 2021 (ECF No. 11).

  3. In its Answer, Cox alleged as an Affirmative Defense that "[t]his Court lacks jurisdiction and Plaintiff must be compelled to arbitrate all of his claims against Cox because Plaintiff and Cox entered into a valid and enforceable arbitration agreement." (*Id*. at 10, Affirmative Defense No. 1).

  4. On January 25, 2021, Cox filed its Motion to Compel Arbitration. (ECF No. 16).

  5. On February 8, 2021, Plaintiff filed his Response to Cox Communications' Motion to Compel Arbitration. (ECF No. 17).

…

6. On February 9, 2021, Plaintiff's counsel contacted Cox's counsel advising that Plaintiff will stipulate to arbitration in accordance with the parties' arbitration agreement.

7. As such, Plaintiff and Cox stipulate and agree that Cox's Motion to Compel Arbitration (ECF No. 16) is granted and Cox's request for sanctions is denied without prejudice.

8. Plaintiff and Cox further stipulate and agree that Plaintiff's claims against Cox should be dismissed, without prejudice, with each Party to bear its own fees and costs incurred thus far in these proceedings.

| | |
|---|---|
| DATED this 11th day of February, 2021.<br><br>**KRIEGER LAW GROUP, LLC**<br><br>By:  /s/: Shawn Miller<br>DAVID KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>SHAWN MILLER, ESQ.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Parkway, Ste. 200<br>Henderson, NV 89052<br>Telephone: 702-848-3855<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff William Berry* | DATED this 11th day of February, 2021.<br><br>**DICKINSON WRIGHT PLLC**<br><br>By:  /s/: Brooks T. Westergard<br>MICHAEL N. FEDER, ESQ.<br>Nevada Bar No. 7332<br>BROOKS T. WESTERGARD, ESQ.<br>Nevada Bar No. 14300<br>3883 Howard Hughes Parkway, Ste. 800<br>Las Vegas, NV 89169<br>Tel: 702-550-4400<br>Fax: 844-670-6009<br>Email: MFeder@dickinsonwright.com<br>Email: BWestergard@dickinsonwright.com<br><br>*Attorneys for Defendant Cox Communications* |

## ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that Cox's Motion to Compel Arbitration (ECF No. 16) is GRANTED and Cox's request for sanctions is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff's claims against Cox are DISMISSED WITHOUT PREJUDICE, with each Party to bear its own fees and costs incurred thus far in these proceedings.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 19th day of February, 2021.

4846-9501-7948 v2 [69311-15]
